STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, PETITIONER v. JOHN RANDOLPH INGRAM, COMMISSIONER OF INSURANCE OF THE STATE OF NORTH CAROLINA; NORTH CAROLINA REINSURANCE FACILITY; JOSEPH T. WILLIAMS; AND WILLIAM S. GODFREY, RESPONDENTS

No. 7510SC87

(Filed 16 April 1975)

APPEAL by respondent John Randolph Ingram, Commissioner of Insurance from *Bailey, Judge.* Judgment entered 31 October 1974 in Superior Court, WAKE County. Heard in the Court of Appeals 8 April 1975.

*Attorney General Edmisten, by Assistant Attorney General Isham B. Hudson, Jr., for appellant.*

*Young, Moore & Henderson, by Charles R. Young and R. M. Strickland, for appellee.*

MORRIS, VAUGHN and CLARK, Judges.

Appellee's motion to dismiss the appeal is allowed.

Appeal dismissed.

---

IN THE MATTER OF: KIMBERLY SMITH

No. 7518DC46

(Filed 16 April 1975)

APPEAL by petitioner from *Washington, Judge.* Judgment entered 5 November 1974 in District Court, GUILFORD County. Heard in the Court of Appeals 20 March 1975.

*Jeffrey P. Farran, for petitioner appellant.*

*No counsel contra.*

MORRIS, VAUGHN and CLARK, Judges.

Affirmed.